UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| JW DEVELOPMENT, LLC | Civil Action No. 22-cv-390 |
| v. | Judge Lance M. Africk |
| INDEPENDENT SPECIALTY INSURANCE COMPANY | Magistrate Donna Phillips Currault |

**MOTION IN LIMINE TO EXCLUDE EVIDENCE AND TESTIMONY REGARDING JS HELD'S ORIGINAL ESTIMATE**

**NOW INTO COURT**, through undersigned counsel, comes Defendant, Independent Specialty Insurance Company ("ISIC"), which respectfully moves this Court to exclude JS Held's original estimate dated December 12, 2021, and prohibit any testimony or evidence regarding or referencing JS Held's original estimate. The original estimate includes all items in need of repair at the property, without regard to whether the damage was caused by wind from Hurricane Ida. The estimate is not relevant to determining what property damage was caused by Hurricane Ida, and any use of the estimate would be highly prejudicial to ISIC, mislead the jury, and confuse the issues.

**WHEREFORE,** Defendant, Independent Specialty Insurance Company, respectfully requests that the Court grant this motion, exclude JS Held's original estimate dated December 12, 2021, and prohibit any testimony or evidence regarding or referencing JS Held's original estimate.

Respectfully submitted,

**WOOD, SMITH, HENNING & BERMAN LLP**

*/s/ Ashley E. Bane*

Ashley E. Bane (La. Bar No. 35640)
Lynda A. Tafaro (La. Bar. No. 25891)
1100 Poydras Street, Suite 2900
New Orleans, Louisiana 70163
Phone: (504) 386-9840
Fax: (504) 386-9841
Email: ABane@wshblaw.com
LTafaro@wshblaw.com
*Counsel for Defendant,*
*Independent Specialty Insurance Company*